No. 79–5899. BROWN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–5900. KRALIK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5937. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5938. CLAYTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6025. MAGEE v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–6038. BOWDEN v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–6051. BALLARD v. SMITH, WARDEN; and
No. 79–6052. CAMPBELL v. SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–6054. BREWER v. BREWER. Sup. Ct. Ala. Certiorari denied.

No. 79–6059. MARTIN v. OHIO. Ct. App. Ohio, Lawrence County. Certiorari denied.

No. 79–6065. GROOMS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79–6068. CARTER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 79–6069. SANDERS, AKA TAYLOR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.